# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 365 MAL 2016

                    Respondent   :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

                      v.   :

                            :

TYRONE ROBERT GRIFFIN,   :

                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.